IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS BORING,
    Plaintiff,

v.

Civil Action No. 2:08-cv-01483-GLL

AMERISTEP CORPORATION, ET AL.,
    Defendants.

## ~~[stricken]~~ ORDER OF COURT

AND NOW, to wit, on this 18th day of June, 2009, upon consideration of Defendant's Motion to Compel, it hereby is ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

It is further ordered that:

1. Plaintiff is to make the tree stand safety harness available for pick up by Defendant's counsel for evaluation and non-destructive testing by Defendant's consultant on or after June 2p, 2009;

2. Defendant is to assume responsibility for the chain of custody of the tree stand safety harness upon pick up and remains responsible for the chain of custody until returning the tree stand safety harness to Plaintiff;

3. Defendant shall abide by the Test Protocol provided to Plaintiff, or alternatively, Defendant shall inform Plaintiff of any other necessary, non-destructive testing prior to performing the test(s).

BY THE COURT:

_____, J
The Honorable Gary L. Lancaster