IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS BORING,                              NO. 2:08-CV-01483-GLL

        Plaintiff,

    v.

AMERISTEP CORPORATION, THE
SPORTSMAN'S GUIDE, INC. d/b/a
GUIDE OUTDOORS NETWORK,

        Defendants,
    v.

IMP, INC. d/b/a INDIANA MARINE
PRODUCTS AND IMP HOLDINGS,
LLC d/b/a INDIANA MARINE
PRODUCTS, SUCCESSOR TO IMP,
INC.,

        Third-Party Defendants.

## ORDER OF COURT

AND NOW, to wit, on this 30th day of July_____, 2009, upon consideration

of the Joint Motion to Amend Initial Scheduling Order, it hereby is ORDERED, ADJUDGED

and DECREED that said Motion is GRANTED.  The deadline for completing discovery is

extended by ninety (90) days to October 29, 2009.  A Post-Discovery Status Conference is re-

scheduled for Friday, November 13, 2009 at 2 PM.  NO FURTHER EXTENSION WILL BE
GRANTED.

BY THE COURT:

_____, J

The Honorable Gary L. Lancaster