IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS BORING, | : |
| Plaintiff, | : Case No. 2:08-cv-01483-GLL |
| v. | : Judge Gary L. Lancaster |
| AMERISTEP CORPORATION, THE SPORTSMAN'S GUIDE, INC. d/b/a GUIDE OUTDOORS NETWORK, | : |
| Defendants. | : |

## STIPULATED DISMISSAL OF CROSS-CLAIMS

Defendant, Ameristep Corporation, asserted a cross-claim against Defendant, The Sportsman's Guide, Inc., d/b/a Guide Outdoors Network, in the Answer itf iled with the Court, (Document No. 3). Defendant, The Sportsman's Guide, Inc., d/b/a Guide Outdoors Network, asserted a cross-claim against Defendant, Ameristep Corporation, in the Answer itf iled with the Court, (DocumentN o. 5). Defendants, Ameristep Corporation and The Sportsman's Guide, Inc., d/b/a Guide Outdoors Network, by and through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of the referenced cross-claims they have asserted againste ach other.

**MARSHALL, DENNEHEY,W ARNER, COLEMAN & GOGGIN, P.C.**

By: __/s/ Edward A. Miller, Esquire__
Edward A. Miller, Esquire
PA I.D. #58954

U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
Fax (412) 803-1188
E-mail: eamiller@mdwcg.com

Counsel for Defendant,
The Sportsman's Guide, Inc.,
d/b/a Guide Outdoors Network

**DICKIE,M cCAMEY & CHILCOTE, P.C.**

By: __/s/ Joseph S.D. Christof, II, Esquire__
Joseph S.D.C hristof, II, Esquire
PA I.D. #19699

Two PPG Place, Suite 400
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
FAX (412) 392-5367
E-mail: jchristof@dmclaw.com

Counsel for Defendant,
Ameristep Corporation

## ORDER OF COURT

AND NOW, on this __15__ day of March, 2010, the Court hereby ORDERS that per the stipulation of the parties, the cross-claims asserted by the Defendants are hereby dismissed with prejudice.

BY THE COURT:

_____ J.
Hon. Gary L. Lancaster
Chief U.S. District Court Judge