IN THE UNITED STATES DISTRICT COURT OF WESTERN DISTRICT COUNTY, PENNSYLVANIA

DOUGLAS BORING,

        Plaintiff,        Docket No.: 2:08-cv-01483

vs.

AMERISTEP CORPORATION, THE SPORTSMAN'S GUIDE, INC. d/b/a GUIDE OUTDOORS,

        Defendant.

## STIPULATION OF DISMISSAL

AND NOW, come the parties, by and through their undersigned counsel, and represent unto the Court that the parties have resolved this matter and hereby agree and stipulate pursuant to Fed.R.Civ.P. 41(a) that all claims now pending in this action are dismissed with prejudice and that each party shall bear their own costs incurred.

| | |
|---|---|
| s/Peter D. Friday, Esquire | s/Joseph S.D. Christoff, II, Esquire |
| Attorney for Plaintiff | Attorney for Defendant |
| Friday & Cox LLC | Dickie, McCamey & Chilcote |
| 3220 West Liberty Avenue | Two PPG Place |
| Suite 200 | Suite 400 |
| Pittsburgh, PA 15216 | Pittsburgh, Pennsylvania 15219 |
| Telephone: (412) 561-4290 | Telephone: (412) 281-7272 |
| Facsimile: (412) 561-4291 | Facsimile: (412) 392-5367 |
| Email: pfriday@fridaylaw.com | Email: jchristof@dmclaw.com |

SO ORDERED, this 28th day of May, 2010.

_____
Hon. Gary L. Lancaster,
Chief U.S. District Judge